CHICAGO TITLE AND TRUST COMPANY, as Conservator of the Estate of JAMES A. McKEE, Respondent, *v.* PATRICK W. CULLINAN et al., Appellants.

(Actions Nos. 1 and 2.)

*Appeal — order of Appellate Division dismissing appeals — motion to dismiss appeal therefrom granted.*

*Chicago Title & Trust Co.* v. *Cullinan,* 203 App. Div. 878, appeal dismissed.

(Submitted November 20, 1922; decided November 28, 1922.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered September 28, 1922, which dismissed appeals from orders of Special Term overruling demurrers to the complaint.

The motion was made upon the ground that permission to appeal had not been obtained.

*Avery S. Wright* for motion.

*Patrick W. Cullinan* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.